# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| VANESSA HAMILTON,<br><br>          Plaintiff,<br><br>     v.<br><br>ORANGE COUNTY SHERIFF'S DEPT.,<br>AND DOES 1-10<br><br>          Defendant. | Case No. SACV 18-01110 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated January 28, 2020

_____
          Hon. Andrew J. Guilford
          United States District Judge